ORIGINAL

FILED

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

AUG 0 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

The Honorable Dan Wilson, Judge of the District Court for the Eleventh Judicial District of the State of Montana, has requested the assistance of retired District Judge Karen S. Townsend to assume jurisdiction of Flathead County Cause No. DC-20-220D, *State of Montana v. Scott Peter Bolt, Jr*.

Judge Townsend has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that she is agreeable to assisting the Eleventh Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Karen S. Townsend, retired District Judge, is hereby called to active service in the District Court of the Eleventh Judicial District of the State of Montana, to assume judicial authority of Flathead County Cause No. DC-20-220D, *State of Montana v. Scott Peter Bolt, Jr*., and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Townsend shall be paid the salary compensation to which she is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of the Eleventh Judicial District, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to the Honorable Dan Wilson, the Honorable Karen S. Townsend, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this ___4___ day of August, 2020.

_____
Chief Justice

2